# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MIKE VICKERS, | ) |
| Plaintiff, | ) ) ) |
| | ) Civil No. 3:13-1162 |
| v. | ) Judge Trauger |
| | ) |
| CRACKER BARREL OLD COUNTRY STORE, INC., NICK FLANAGIN, SANDY COCHRANE, DOUG BARBER, CHARLIE AUSTIN, and JAY JANSEN, | ) ) ) ) ) |
| Defendants. | ) |

## **O R D E R**

The parties have filed a Proposed Initial Case Management Order that contains a 10-page recital of the plaintiff's theory of the case. It is hereby **ORDERED** that, by February 21, 2014, the parties shall re-file the Proposed Initial Case Management Order with a "brief theory" of the plaintiff that is no longer than two pages. The proposed initial case management order is not meant to regurgitate the entire Complaint filed by the plaintiff.

It is so **ORDERED**.

ENTER this 20th day of February 2014.

_____
ALETA A. TRAUGER
U.S. District Judge