UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| MIKE VICKERS | ) | | |
| | ) | | |
| Plaintiff | ) | | |
| | ) | No. 3:13-1162 | |
| v. | ) | Judge Trauger/Brown | |
| | ) | **Jury Demand** | |
| CRACKER BARREL OLD COUNTRY | ) | | |
| STORE, INC., | ) | | |
| | ) | | |
| Defendant | ) | | |

## O R D E R

A settlement conference was held with the parties on April 17, 2014. Although the parties negotiated in good faith, they were not able to come to an agreement satisfactory to all parties. The Magistrate Judge stands ready to assist the parties should they feel that further alternate dispute resolution would be helpful in this matter.

There is nothing further to be done by the Magistrate Judge in this case. Therefore, the **Clerk** is directed to return the file to the District Judge.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge